FILED IN CHAMBERS
U.S.D.C Atlanta

JUL 23 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA           :
                                   :
          v.                       :    CRIMINAL NO. 1:91-MJ-763
                                   :
RICHARD GONZALEZ                   :

## GOVERNMENT'S MOTION FOR LEAVE TO FILE DISMISSAL

It appearing in the above-styled case, that by the authority of the undersigned, the Complaint, filed August 15, 1991, charging violation of 18 U.S.C. Section(s) 1073, is dismissed as to RICHARD GONZALEZ and Movant prays leave of Court to file the same.

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

By: _____
MARY C. ROEMER
ASSISTANT UNITED STATES ATTORNEY
(404)581-6265
FAX: (404)581-6181
Georgia Bar No. 611790

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

O R D E R

Now, to-wit, on the __23RD__ day of __July__, 2007, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE