AO 442 (Rev. 5/85) Warrant for Arrest

# United States District Court

NORTHERN **DISTRICT OF** GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>RICHARD EDUARDO GONZALEZ | 9119-0815-0290-G<br>**WARRANT FOR ARREST**<br><br>CASE NUMBER: 1:91-M-763 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Richard Eduardo Gonzalez___
                                           Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information  x☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)  unlawful flight to avoid prosecution

RETURNABLE INSTANTER

in violation of Title ___18___ United States Code, Section(s) ___1073___

| | |
|---|---|
| WILLIAM L. HARPER<br>Name of Issuing Officer<br><br>*William L. Harper*<br>Signature of Issuing Officer | U.S. MAGISTRATE JUDGE<br>Title of Issuing Officer<br><br>August 15, 1991, FILED IN CLERK'S OFFICE<br>Date and Location            U.S.D.C. Atlanta |
| (By) Deputy Clerk<br>AUSA: BEVERLY SUMNER MITCHELL<br><br>Bail fixed at $ _____ by | JUL 3 0 2007<br><br>JAMES N. HATTEN, Clerk<br>By: _____<br>Name of Judicial Officer   Deputy Clerk |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

7/23/07  Dismissed per Judge Baverman

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

FILED IN CHAMBERS
U.S.D.C  Atlanta

JUL 23 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

FILE COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.                                :    CRIMINAL NO. 1:91-MJ-763

RICHARD GONZALEZ

## GOVERNMENT'S MOTION FOR LEAVE TO FILE DISMISSAL

It appearing in the above-styled case, that by the authority of the undersigned, the Complaint, filed August 15, 1991, charging violation of 18 U.S.C. Section(s) 1073, is dismissed as to RICHARD GONZALEZ and Movant prays leave of Court to file the same.

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

By: _____
MARY C. ROEMER
ASSISTANT UNITED STATES ATTORNEY
(404)581-6265
FAX: (404)581-6181
Georgia Bar No. 611790

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

## ORDER

Now, to-wit, on the __23RD__ day of __July__, 2007, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE